# United States Bankruptcy Court
## Middle District of Florida

In re: **Purple Shovel, LLC**

Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Purple Shovel, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None *[Check if applicable]*

June 1, 2018
Date

/s/ Sheila D. Norman
Sheila D. Norman 849642
Signature of Attorney or Litigant
Counsel for **Purple Shovel, LLC**
The Law Offices of Norman and
Bullington Chartered
106 South Armenia Avenue
Tampa, FL 33609
(813) 251-6666 Fax:(813) 254-0800
sheila@normanandbullington.com