Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Purple Shovel, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chuck Shubert & Associates 17197 N. Laurel Park Drive Suite 145 Livonia, MI 48152 | | services pay monthly | Disputed | | | $10,000.00 |
| Creative Custom Advertising, LLC 5821 Wildfire Court Warrenton, VA 20187 | | | | | | $37,000.00 |
| Defense Contract Audit Agency 514 Butler Farm Road Suite 290 Hampton, VA 23666 | | | | | | $2,700,000.00 |
| Elmex Praha Ondrej Stepanek, Director 2313/42 10600 Prague Czech Republic | | cooperation agreement | Disputed | | | $300,000.00 |
| EUCOM Assistance Department of Defense 1400 Defense Pentagon Washington, DC 20301-1400 | | medical assistance | Unliquidated Disputed | | | $1,600,000.00 |
| Omnipol Jozef Piga, Chairman Nekazanka 880/11 112 21 Prague 1 Czech Republic | | cooperation agreement | Unliquidated Disputed | | | $2,865,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Purple Shovel, LLC**                                              Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PFF, LLC Attn: Bruce K. Lyman, CEO 7710 Woodmont Avenue Suite 1209 Bethesda, MD 20814 | | | Unliquidated Disputed | $4,230,959.68 | $0.00 | $4,230,959.68 |
| Reliable Office Technologies 211 S. Jefferson Street Frederick, MD 21701 | | services | Disputed | | | $1,778.40 |
| Steptoe & Johnson, LLP 1330 Connecticut Avenue NW Washington, DC 20036-1795 | | legal fees and costs | | | | $607,006.04 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy