UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

PURPLE SHOVEL, LLC                Case No. 8:18-bk-04599-CED
___Debtor_____/

## NOTICE OF PRELIMINARY HEARING ON SECOND AMENDED MOTION TO SELL REAL PROPERTY OWNED BY THE DEBTOR LOCATED AT 1033 LOVE LANE, APOPKA, FLORIDA

NOTICE IS HEREBY GIVEN THAT:

    A preliminary hearing in this case will be held on June 28, 2018 at 10:30 a.m. in Courtroom Number 9A located at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida 33602 to consider and act upon the following and transact such other business that may come before the court:

    Second Amended Motion to Sell Real Property owned by Debtor located at 1033 Love Lane, Unit 17, Apopka, Florida, Vineyard Phase 2 Condo, in Official Records Book 3315 Page 2003 of Orange County, Florida, Docket Number 42

1. The hearing may be continued upon announcement made in open Court without further notice.
2. Appropriate Attire. You are reminded that Local Rule 5072-1 (b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by via electronic notification or United States Mail to the United States Trustee, Benjamin Lambers, Esquire, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, ben.e.lambers@usdoj.gov; to PFF, LLC, c/o Kevin Weigand and Nicholas M. DePalma, Esquire, 8010 Towers Crescent Drive, Suite 300, Tysons, Virginia 22182, kwweigand@venable.com  nmdepalma@venable.com; to PFF, LLC, c/o Kathleen L. DiSanto, Esquire and H. Bradley Staggs, Esquire Bush Ross, P.A., Post Office Box 3913, Tampa, Florida 33601-3913, kdisanto@bushross.com  bstaggs@bushross.com;

to Steptoe & Johnson, LLP, Attention: Michael Baratz, Esquire, 1330 Connecticut Avenue N.W., Washington, DC 20036-1795, Mbaratz@steptoe.com and to all creditors on the attached matrix on this ___ day of June, 2018.

/s/ Sheila D. Norman
Sheila D. Norman, Esquire
Law Office of Norman and Bullington
Chartered
106 South Armenia Avenue
Tampa, Florida 33609
(813) 251-6666 telephone
Sheila@normanandbullington.com
Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:18-bk-04599-CED<br>Middle District of Florida<br>Tampa<br>Tue Jun 19 09:24:02 EDT 2018 | Nicholas M. DePalma<br>Venable LLP<br>8010 Towers Crescent Dr., Suite 300<br>Tysons, VA 22182-2723 | Stephen K Gallagher<br>Venable, LLP<br>8010 Towers Crescent Dr<br>Suite 300<br>Tysons, VA 22182-2723 |
| PFF, LLC<br>c/o Bush Ross, P.A.<br>Attn: Kathleen L. DiSanto, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | Purple Shovel, LLC<br>PO Box 18132<br>Tampa, FL 33679-8132 | Benjamin Worrell<br>PO Box 18132<br>Tampa, FL 33679-8132 |
| Caj D. Boatright, Esquire<br>6009 Memorial Drive<br>Houston, TX 77007-7035 | Chuck Shubert & Associates<br>17197 N. Laurel Park Drive<br>Suite 145<br>Livonia, MI 48152-7913 | Creative Custom<br>Advertising, LLC<br>5821 Wildfire Court<br>Warrenton, VA 20187-9243 |
| Daniel Para<br>1 Tower Lane<br>#2101<br>Oak Brook Terrace, IL 60181-4635 | Defense Contract<br>Audit Agency<br>514 Butler Farm Road<br>Suite 290<br>Hampton, VA 23666-1500 | Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 |
| Director of Bluegrass Stat<br>Dept of Military Affairs<br>5751 Briar Hill Road<br>Lexington, KY 40516-6503 | Don & Loneva Ruesch<br>c/o Russell J. Gallian, Esq<br>Dayton Hall, Esquire<br>965 East 700 South, Ste 305<br>Saint George, UT 84790-4086 | EUCOM Assistance<br>Department of Defense<br>1400 Defense Pentagon<br>Washington, DC 20301-1400 |
| Elmex Praha<br>Ondrej Stepanek, Director<br>2313/42<br>10600 Prague<br>Czech Republic | Freddy Wilson, DET 340<br>USAF, FOSI<br>3108 N. Boundary Blvd.<br>Tampa, FL 33621-5050 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jeffrey M. Glotzer, Esquire<br>Eric J. Stockel, Esquire<br>750 Park of Commerce Blvd<br>Suite 130<br>Boca Raton, FL 33487-3613 | Kurt B. Arnold, Esquire<br>Arnold & Itkin, LLP<br>5009 Memorial Drive<br>Houston, TX 77007 | Kurt B. Arnold, Esquire<br>Arnold & Itkin, LLP<br>6009 Memorial Drive<br>Houston, TX 77007-7035 |
| Michael Dougherty<br>c/o David Dickey, Esquire<br>The Yerrid Law Firm<br>101 E. Kennedy Blvd., #2160<br>Tampa, FL 33602-5192 | Nicholas M. DePalma, Esquire<br>Kevin W. Weigand, Esquire<br>8010 Towers Crescent Drive<br>Suite 300<br>Tysons, VA 22182-2723 | Omnipol<br>Jozef Piga, Chairman<br>Nekazanka 880/11<br>112 21 Prague 1<br>Czech Republic |
| PFF, LLC<br>Attn: Bruce K. Lyman, CEO<br>7710 Woodmont Avenue<br>Suite 1209<br>Bethesda, MD 20814-6090 | PFF, LLC<br>c/o Kathleen L. DiSanto<br>Post Office Box 3913<br>Tampa, Florida 33601-3913 | Para Dynamic Enterprises LLC<br>3753 Howard Hughes Parkway<br>Suites 200-420<br>Las Vegas, NV 89169-0938 |
| Prologic<br>6711 Columbia Gateway<br>Suite 130<br>Columbia, MD 21046-2369 | Regulas Global, LLC<br>c/o John M. Paris, Jr. as<br>Registered Agent<br>Central Park Ave., Ste 1700<br>Virginia Beach, VA 23462 | Regulus Global, Inc.<br>c/o William Somerindyke, Jr<br>Registered Agent<br>1528 Taylor Farm Rd, #105<br>Virginia Beach, VA 23453-2980 |

| | | |
|---|---|---|
| Regulus Global, LLC<br>1528 Taylor Farm Road<br>Suite 105<br>Virginia Beach, VA 23453-2980 | Regus Global, Inc.<br>1528 Taylor Farm Road<br>Suite 105<br>Virginia Beach, VA 23453-2980 | Reliable Office Technologies<br>211 S. Jefferson Street<br>Frederick, MD 21701-6283 |
| Robert Para<br>1 Tower Lane<br>#2101<br>Oakbrook Terrace, IL 60181-4635 | Skybridge Resources, LLC<br>1715 N. Westshore Blvd.<br>Suite 320<br>Tampa, FL 33607-3931 | Skybridge Resources, LLC<br>c/o Randall Bahlow, as<br>Registered Agent<br>1715 N Westshore Blvd., #320<br>Tampa, FL 33607-3931 |
| Steptoe & Johnson, LLP<br>1330 Connecticut Avenue NW<br>Washington, DC 20036-1795 | Team One Contract Services<br>960 North Point Parkway<br>Suite 300<br>Alpharetta, GA 30005-8880 | US Bank Equipment Finance<br>1310 Madrid Street<br>Suite 101<br>Marshall, MN 56258-4002 |
| Willow, J Abdahhah, Manager<br>c/o Sally T. Woodward, Esq<br>Shutts & Bowen, LLP<br>4301 W Boy Scout Blvd., #300<br>Tampa, FL 33607-5716 | Ziecha Norwillo<br>c/o David Dickey, Esquire<br>The Yerrid Law Firm<br>101 E. Kennedy Blvd., #2160<br>Tampa, FL 33602-5192 | Benjamin E. Lambers +<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 |
| H. Bradley Staggs +<br>Bush Ross, P.A.<br>PO Box 3913<br>Tampa, FL 33601-3913 | United States Trustee - TPA +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Sheila D Norman +<br>Law Offices of Norman and Bullington<br>106 South Armenia Avenue<br>Tampa, FL 33609-3308 |
| Kathleen L DiSanto +<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)PFF, LLC<br>c/o Bush Ross, P.A.<br>Attn: Kathleen L. DiSanto, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | End of Label Matrix<br>Mailable recipients   45<br>Bypassed recipients    1<br>Total                  46 |