UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER |
| | } | 8:18-bk-04599 |
| Purple Shovel, LLC | } | |
| | } | JUDGE Delano |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM Feb 1, 2019  TO  Feb 28, 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Chapter 11 Trustee's Address
and Phone Number:

1601 Jackson St., Suite 200

Fort Myers, FL  33901

239-337-0808

/s/ Michael C. Markham
Attorney for Chapter 11 Trustee's Address
and Phone Number:

401 E. Jackson Street, Suite 3100

Tampa, FL  33602

813-225-2500

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

MOR-1

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## FOR THE PERIOD BEGINNING Feb 1, 2019 AND ENDING Feb 28, 2019

Name of Debtor: Purple Shovel, LLC            Case Number  8:18-bk-04599
Date of Petition: _____

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 728,402.59 (a) | 0 (b) |
| 2. RECEIPTS: | | |
|    A. Cash Sales | 2,151,392.40 | 6,977,560.97 |
|      Minus: Cash Refunds | (-) | |
|      Net Cash Sales | | |
|    B. Accounts Receivable | | |
|    C. Other Receipts *(See MOR-3)* | | 22,232.50 |
|    (If you receive rental income, you must attach a rent roll.) | | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | 2,151,392.40 | 6,999,973.47 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 2,879,794.99 | 6,999,973.47 |
| 5. DISBURSEMENTS | | |
|    A. Advertising | | |
|    B. Bank Charges | -115.00 | -797.70 |
|    C. Contract Labor | | |
|    D. Fixed Asset Payments (not incl. in "N") | | |
|    E. Insurance | | |
|    F. Inventory Payments *(See Attach. 2)* | | |
|    G. Leases | | |
|    H. Manufacturing Supplies | | |
|    I. Office Supplies | | |
|    J. Payroll - Net *(See Attachment 4B)* | -21,944.05 | -201,998.51 |
|    K. Professional Fees (Accounting & Legal) | | |
|    L. Rent | -11,253.22 | -111,524.57 |
|    M. Repairs & Maintenance | | |
|    N. Secured Creditor Payments *(See Attach. 2)* | | |
|    O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
|    P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
|    Q. Taxes Paid - Other *(See Attachment 4C)* | | |
|    R. Telephone | | |
|    S. Travel & Entertainment | | |
|    Y. U.S. Trustee Quarterly Fees | | -40,241.17 |
|    U. Utilities | -2,168.45 | -16,278.85 |
|    V. Vehicle Expenses | | |
|    W. Other Operating Expenses *(See MOR-3)* | -1,866,240.00 | -5,650,878.40 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | -1,901,720.72 | -6,021,719.20 |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 978,074.27 (c) | 978,074.27 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This ___7th___ day of ___March___, 20_19_.                 _____(Signature)_____

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Syncada Transfer Fees | | 259.25 |
| Advanced C4 Solutions | | 12,187.50 |
| Computer Sciences Govt Sols | | 9,785.75 |
| TOTAL OTHER RECEIPTS | | 22,232.50 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Alguns | | 3,770,503.40 |
| Shipping Svcs | | 8,360.00 |
| Trustee Bond Fee | | 775.00 |
| Eric Lynne | | 5,000.00 |
| Osiris Global Trade Ltd | 1,866,240.00 | 1,866,240.00 |
| TOTAL OTHER DISBURSEMENTS | 1,866,240.00 | 5,650,878.40 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

ATTACHMENT 4A

Purple Shovel, LLC
Bank Account Summary Activity
For the Month of Feb 2019

|  | TD xxx3413 | TD xxx2308 | TD xxx3009 | TOTAL |
|---|---|---|---|---|
| Balance at 01/01/19 | 293,170.92 | 314,107.21 | 121,124.46 | 728,402.59 |
| Bank to Bank Transfers |  |  | - |  |
| Deposits | 2,151,392.40 | - | - | 2,151,392.40 |
| Disbursements | (1,901,720.72) | - | - | (1,901,720.72) |
| Bank Charges/Fees |  |  |  |  |
| AJE/Corrections |  |  |  |  |
| Balance at 01/31/19 | 542,842.60 | 314,107.21 | 121,124.46 | 978,074.27 |

ATTACHMENT 5A

CHECK REGISTER - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Purple Shovel, LLC | Case Number: | 8:18-bk-04599-CED |
| Reporting Period beginning | 2/1/2019 | Period Ending: | 2/28/2019 |
| NAME OF BANK: | TD Bank | BRANCH: | |
| ACCOUNT NAME: | | | |
| ACCOUNT NUMBER: | xxx3413 | | |
| PURPOSE OF ACCOUNT: | OPERATING | | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the infomration requested below is included.

| Bank/Acct | Date | Payee | Amount |
|---|---|---|---|
| TD xxx3413 | | | |
| | 2/4/2019 | Vonage | (254.79) |
| | 2/13/2019 | Waste Management | (365.15) |
| | 2/13/2019 | Verizon | (143.17) |
| | 2/13/2019 | Dominion VA Power | (77.90) |
| | 2/14/2019 | ADT Security | (391.88) |
| | 2/14/2019 | Comcast | (240.42) |
| | 2/20/2019 | Wisetech | (695.14) |
| | 2/7/2019 | Wire Outgoing - Team One Contract Svcs | (11,641.11) |
| | 2/7/2019 | Wire Outgoing - Prologis | (10,036.29) |
| | 2/7/2019 | Debit | (1,216.93) |
| | 2/7/2019 | Wire Transfer Fee (2) | (50.00) |
| | 2/19/2019 | Wire Outgoing - Team One Contract Svcs | (10,302.94) |
| | 2/19/2019 | Wire Transfer Fee | (25.00) |
| | 2/28/2019 | Wire Outgoing - Osiris Global Trade Ltd | (1,866,240.00) |
| | 2/28/2019 | Wire Transfer Fee | (40.00) |
| TOTAL | | | $ (1,901,720.72) |



## Bank

America's Most Convenient Bank®    T    **STATEMENT OF ACCOUNT**

PURPLE SHOVEL LLC
DIP CASE 18-04599 MFLT
113 EXECUTIVE DR STE 101
STERLING VA  20166-9547

Page: 1 of 3
Statement Period: Feb 01 2019-Feb 28 2019
Cust Ref #: 4355593413-039-T-###
Primary Account #: 3413

## Chapter 11 Checking

PURPLE SHOVEL LLC
DIP CASE 18-04599 MFLT

Account # 3413

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 293,170.92 | Average Collected Balance | 511,018.95 |
| Electronic Deposits | 2,151,392.40 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,168.45 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 1,899,552.27 | Days in Period | 28 |
| Ending Balance | 542,842.60 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | CTX DEPOSIT, DFAS-CO INVOICE | 2,151,392.40 |
| | Subtotal: | 2,151,392.40 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/04 | CCD DEBIT, BUSINESSSOLUTION VONAGE 7066474 | 254.79 |
| 02/13 | ELECTRONIC PMT-WEB, WASTE MANAGEMENT INTERNET 043000096092754 | 365.15 |
| 02/13 | ELECTRONIC PMT-WEB, VERIZON VZ BILLPAY 000732127946 | 143.17 |
| 02/13 | ACH DEBIT, DOMINION VA POWE ONLINE PMT CKF870070336NEG | 77.90 |
| 02/14 | ELECTRONIC PMT-WEB, ADT SECURITY SER ADTPAPACH 401393945 | 391.88 |
| 02/14 | ELECTRONIC PMT-WEB, COMCAST CABLE SVC 8498536 | 240.42 |
| 02/20 | CCD DEBIT, WISETECH GLBL AU RECEIVE WISETECH GLB AU | 695.14 |
| | Subtotal: | 2,168.45 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/07 | WIRE TRANSFER OUTGOING, Team One Contract Services | 11,641.11 |
| 02/07 | WIRE TRANSFER OUTGOING, Prologis | 10,036.29 |
| 02/07 | DEBIT | 1,216.93 |
| 02/07 | WIRE TRANSFER FEE | 25.00 |
| 02/07 | WIRE TRANSFER FEE | 25.00 |
| 02/19 | WIRE TRANSFER OUTGOING, Team Onecontract Services | 10,302.94 |
| 02/19 | WIRE TRANSFER FEE | 25.00 |
| 02/28 | WIRE TRANSFER OUTGOING, Osiris Global Trade Ltd | 1,866,240.00 |
| 02/28 | WIRE TRANSFER FEE | 40.00 |
| | Subtotal: | 1,899,552.27 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

PURPLE SHOVEL LLC
DIP CASE 18-04599 MFLT

| | |
|---|---|
| Page: | 3 of 3 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4355593413-039-T-### |
| Primary Account #: | 3413 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/31 | 293,170.92 | 02/19 | 258,425.34 |
| 02/04 | 292,916.13 | 02/20 | 257,730.20 |
| 02/07 | 269,971.80 | 02/25 | 2,409,122.60 |
| 02/13 | 269,385.58 | 02/28 | 542,842.60 |
| 02/14 | 268,753.28 | | |

ATTACHMENT 5A

CHECK REGISTER - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Purple Shovel, LLC | Case Number: | 8:18-bk-04599-CED |
| Reporting Period beginning | | Period Ending: | |
| NAME OF BANK: | TD Bank | BRANCH: | |
| ACCOUNT NAME: | | | |
| ACCOUNT NUMBER: | xxx2308 | | |
| PURPOSE OF ACCOUNT: | OPERATING | | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all theinfomration requested below is included.

| Bank/Acct | Date | Payee | Amount |
|---|---|---|---|
| TD xxx2308 | No Disbursements in February 2019 | | |

 **Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

PURPLE SHOVEL LLC
DIP CASE 18-04599 MFLT
113 EXECUTIVE DR STE 101
STERLING VA  20166-9547

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4355592308-039-T-### |
| Primary Account #: | 2308 |

## Chapter 11 Checking

PURPLE SHOVEL LLC
DIP CASE 18-04599 MFLT

Account # · 2308

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 314,107.21 | Average Collected Balance | 314,107.21 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 314,107.21 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

ATTACHMENT 5A

CHECK REGISTER - OPERATING ACCOUNT

| | | | |
|---|---|---|---|
| Name of Debtor: | Purple Shovel, LLC | Case Number: | 8:18-bk-04599-CED |
| Reporting Period beginning | | Period Ending: | |
| NAME OF BANK: | TD Bank | BRANCH: | |
| ACCOUNT NAME: | | | |
| ACCOUNT NUMBER: | xxx3009 | | |
| PURPOSE OF ACCOUNT: | OPERATING | | |

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all theinfomration requested below is included.

| Bank/Acct | Date | Payee | Amount |
|---|---|---|---|
| TD xxx3009 | | No Disbursements in February 2019 | |



# TD Bank
America's Most Convenient Bank®

T        **STATEMENT OF ACCOUNT**

PURPLE SHOVEL LLC
DIP CASE 18-04599 MFLT
113 EXECUTIVE DR STE 101
STERLING VA  20166-9547

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Feb 01 2019-Feb 28 2019 |
| Cust Ref #: | 4355593009-039-T-### |
| Primary Account #: | 3009 |

## Chapter 11 Checking

PURPLE SHOVEL LLC
DIP CASE 18-04599 MFLT

Account #   3009

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 121,124.46 | Average Collected Balance | 121,124.46 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 121,124.46 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 28 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

## ATTACHMENT 4B - NA

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: _____   Case Number: _____

Reporting Period beginning _____   Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____   BRANCH: _____

ACCOUNT NAME: _____   ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

    Ending Balance per Bank Statement                                        $ _____
     Plus Total Amount of Outstanding Deposits                            $ _____
     Minus Total Amount of Outstanding Checks and other debits   $ _____ *
     Minus Service Charges                                                         $ _____
    Ending Balance per Check Register                                         $ _____**(a)

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5B

# CHECK REGISTER - PAYROLL ACCOUNT - NA

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |

TOTAL                                                              $ _____

## ATTACHMENT 4C

## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT - NA

Name of Debtor: _____    Case Number: _____

Reporting Period beginning _____    Period ending _____

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____TAX_____

    Ending Balance per Bank Statement                 $_____
      Plus Total Amount of Outstanding Deposits       $_____
      Minus Total Amount of Oustanding Checks and other debits $_____*
      Minus Service Charges                                  $_____
    Ending Balance per Check Register                  $_____**(a)

*Debit cards must not be issued on this account.

**If Closing Balance is negative, provide explanation:_____
_____

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5C

# CHECK REGISTER - TAX ACCOUNT - NA

Name of Debtor: _____     Case Number: _____

Reporting Period beginning _____     Period ending _____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |
| ____ | ____ | _____ | _____ | _____ |

TOTAL                                                                    _____(d)

### SUMMARY OF TAXES PAID

Payroll Taxes Paid                                                       _____(a)
Sales & Use Taxes Paid                                                   _____(b)
Other Taxes Paid                                                         _____(c)
TOTAL                                                                    _____(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT - NA

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                                      _____(a)

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

TOTAL                    $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)   $_____
(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 6

## MONTHLY TAX REPORT - NA

Name of Debtor: _____   Case Number: _____

Reporting Period beginning _____   Period ending _____

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                                           $ _____

## ATTACHMENT 7

## SUMMARY OF OFFICER OR OWNER COMPENSATION - NA

## SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: _____  Case Number: _____

Reporting Period beginning _____  Period ending _____

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | _____ | _____ |
| Number hired during the period | _____ | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD - NA

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.  Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.